Local AO 450 (rev. 1/23)

# United States District Court
### District of North Dakota

David Zimmerman,

Plaintiff,

vs.

SkyWest Airlines, Inc.,

Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  3:22-cv-45

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

SkyWest's motion for summary judgment (Doc. 58) is GRANTED. Given the extensive briefing on the motion, Zimmerman's motion for a hearing (Doc. 73) is DENIED.

Date: January 26, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Sarah Cook, Deputy Clerk*